

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01000-CV

**Contractors Source, Inc.**

**v.**

**Amegy Bank National Association d/b/a Amegy Bank of Texas**

NO. 2012-53936 IN THE 157TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 03/04/2014 | E-PAID | APE |
| SUPP CLK RECORD | $10.00 | 01/21/2014 | PAID | APE |
| MT FEE | $10.00 | 01/10/2014 | E-PAID | ANT |
| CLK RECORD | $540.00 | 12/16/2013 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/13/2013 | PAID | ANT |
| FILING | $175.00 | 12/13/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/25/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/21/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $775.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my

hand and the seal of the Court of Appeals for the First District of Texas, this April 17, 2015.



CHRISTOPHER A. PRINE
CLERK OF THE COURT